UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LYNNETTE BLACKMAN and BETTY GIPE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CAUSE NO. 1:11-CV-143-TLS |
| GYNECARE, INC., ETHICON, INC., JOHNSON & JOHNSON, and DOE MANUFACTURES 1 - 100 | ) ) ) ) |
| Defendants. | ) |

**ORDER**

The undersigned hereby recuses herself from this case.

The Clerk is directed to randomly reassign this case to another district judge within the Northern District of Indiana, pursuant to 28 U.S.C. § 137 and Rule 40.1(g) of the Local Rules of the United States District Court for the Northern District of Indiana.

SO ORDERED on May 5, 2011.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT