AO 458 (Rev. 5/85) Appearance

# United States District Court

NORTHERN          DISTRICT OF          INDIANA

FORT WAYNE          DIVISION

LYNNETTE BLACKMAN and BETTY GIPE,                    **APPEARANCE**

Plaintiffs

v.

GYNECARE, INC., ETHICON, INC.          CASE NUMBER: 1:11-cv-143-RL-RBC
JOHNSON & JOHNSON and DOE
MANUFACTURERS 1- 100,

Defendants.

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will

abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including

Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I

declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for and on behalf of Ethicon, Women's

Health & Urology Division of Ethicon, Inc. (erroneously sued as Gynecare, Inc.), Ethicon, Inc.;

and Johnson & Johnson in the above cause.

May 17, 2011                                      /s/ *Nancy Menard Riddle*
Date                                             *Nancy Menard Riddle*
                                                 ICE MILLER LLP
                                                 One American Square, Suite 2900
                                                 Indianapolis, IN  46282-0200
                                                 *Phone:* (317) 236-2100
                                                 *Fax:* (317) 236-2219
                                                 E-mail:  Nancy.Riddle@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2011, a copy of the foregoing **Appearance** will be sent to all parties and has been deposited in the U.S. mail, first class postage prepaid, addressed to:

Amanda Heather Kent
Amy Fisch Solomon
Thomas v. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Michelle A. Childers
Nathan Daniel Cardozo
Drinker Biddle & Reath LLP – SA/CA
50 Freemont Street, 20th Floor
San Francisco, CA 94105

Adam J. Spicer
Christy D. Jones
Butler Snow O'Mara Stevens &
Cannada PLLC – Rid/MS
1020 Highland Parkway, Suite 1400
Ridgeland, MS 39157

/s/*Nancy Menard Riddle*
Nancy Menard Riddle
*Attorney for Ethicon, Women's Health &*
*Urology Division of Ethicon, Inc.*
*(erroneously sued as Gynecare, Inc.),*
*Ethicon, Inc.; and Johnson & Johnson*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
317-236-2100

I/2620213.1