AO 458 (Rev. 5/85) Appearance

# United States District Court

NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LYNNETTE BLACKMAN and BETTY GIPE, | **APPEARANCE** |
| Plaintiffs | |
| v. | |
| GYNECARE, INC., ETHICON, INC. JOHNSON & JOHNSON and DOE MANUFACTURERS 1- 100, | CASE NUMBER: 1:11-cv-143-RL-RBC |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.  I declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for and on behalf of Ethicon, Women's Health & Urology Division of Ethicon, Inc. (erroneously sued as Gynecare, Inc.), Ethicon, Inc.; and Johnson & Johnson in the above cause.

| | |
|---|---|
| *May 17, 2011* | /s/ *Mary Nold Larimore* |
| Date | Mary Nold Larimore |
| | ICE MILLER LLP |
| | One American Square, Suite 2900 |
| | Indianapolis, IN  46282-0200 |
| | *Phone:*  (317) 236-2100 |
| | *Fax:*  (317) 236-2219 |
| | E-mail:  Larimore@icemiller.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2011, a copy of the foregoing **Appearance** will be sent to all parties and has been deposited in the U.S. mail, first class postage prepaid, addressed to:

| | |
|---|---|
| Amanda Heather Kent | Michelle A. Childers |
| Amy Fisch Solomon | Nathan Daniel Cardozo |
| Thomas v. Girardi | Drinker Biddle & Reath LLP – SA/CA |
| Girardi & Keese | 50 Freemont Street, 20th Floor |
| 1126 Wilshire Boulevard | San Francisco, CA  94105 |
| Los Angeles, CA  90017 | |

Adam J. Spicer
Christy D. Jones
Butler Snow O'Mara Stevens & Cannada PLLC – Rid/MS
1020 Highland Parkway, Suite 1400
Ridgeland, MS  39157

/s/ *Mary Nold Larimore*
Mary Nold Larimore
*Attorney Ethicon, Women's Health & Urology Division of Ethicon, Inc. (erroneously sued as Gynecare, Inc.), Ethicon, Inc.; and Johnson & Johnson*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282
317-236-2100

I/2620156.1